DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
ERNEST LEE VADEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST LEE VADEN,            )
                             )    No. CIV S-06-1733 DFL GGH
            Petitioner,      )
                             )
       v.                    )
                             )    ORDER
D.L. RUNNELS, et al.,        )
                             )
            Respondent.      )
_____)

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Stephanie Adraktas shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 8/29/06                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

vade1733.po