STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
ERNEST LEE VADEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN ) | NO.  CIV S-06-01733 DFL GGH |
| Petitioner, ) | |
| v. ) | **ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SCHEDULING STATEMENT** |
| D.L. RUNNELS, Warden ) | |
| Respondent . ) | |

For the reasons stated in the foregoing Unopposed Motion for Enlargement of Time to File Joint Scheduling Statement and based on the information presented in Petitioner's Declaration of Counsel, IT IS  ORDERED that the Motion for Enlargement of Time is granted.  The parties must file a Joint Scheduling Statement no later than November 17, 2006.

DATED: 9/19/06

/s/ Gregory G. Hollows

THE HONORABLE GREGORY G. HOLLOWS
MAGISTRATE JUDGE

vade1733.po2