IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST LEE VADEN,

    Petitioner,               No. CIV S-06-1733 DFL GGH P

    vs.

D. L. RUNNELS, Warden,

    Respondent.           ORDER

_____/

        A joint scheduling statement in this matter was filed on December 14, 2006, pursuant to the court's order filed August 18, 2006.[1]  After reviewing the joint statement, the court issues the following ORDERS:

        1. Should petitioner elect to proceed on the original petition, petitioner must so inform the court and must file any supplemental points and authorities on or before April 19, 2007;

        2. Should petitioner elect to proceed on an amended petition of exhausted claims only, the amended petition must be filed on or before April 19, 2007, along with any memorandum of points and authorities;

        3. If petitioner proceeds in accordance with no. 1 or no. 2 above, respondent must

---

[1] Extensions of time for filing the statement were granted by orders filed on September 19, 2006, and on November 16, 2006.

1

file an answer or dispositive motion within 60 days thereafter; petitioner must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent files a motion, respondent will have 30 days after service of an opposition to file a reply.

4. Should petitioner identify unexhausted claims which petitioner will seek to exhaust, petitioner shall file an amended petition, on or before April 19, 2007, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which petitioner would seek to exhaust.  Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, on or before April 19, 2007; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

5. Should respondent object to any motion for a stay of proceedings by petitioner to pursue unexhausted claims, respondent must file any opposition to such a motion within 30 days of service thereof; thereafter, petitioner has 15 days to file any reply.

6. If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so within 30 days of filing an amended petition with a memorandum of points and authorities, or supplemental points and authorities to the original petition; if respondent opposes any such motion respondent must do so within 30 days thereafter; petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

\\\\\
\\\\\
\\\\\
\\\\\

7. If petitioner chooses to move for an evidentiary hearing, petitioner must do so at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing, as respondent anticipates opposing any such motion, respondent must file any opposition within 30 days of service of the motion, and petitioner must file any reply within 15 days of service of any opposition.

DATED: 1/11/07                                              /s/ Gregory G. Hollows

                                                            GREGORY G. HOLLOWS
                                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
vade1733.pst