IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,** | 2:06-CV-01733-RRB-GGH |
| Petitioner, | **ORDER** |
| v. | |
| **D.L. RUNNELS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until August 17, 2007, to answer or file another pleading responsive to the petition for writ of habeas corpus. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent on or before September 18, 2007.

Dated: 7/25/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

vade1733.po2