IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE VADEN,** | CIV S-06-1733 RRB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **D.L. RUNNELS, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's opposition to petitioner's supplemental request for an evidentiary hearing be extended to and including January 5, 2009.

Dated: December 9, 2008

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

vade1733.eot2

[Proposed] Order